# EXHIBIT 3

AM 7692772.1

IN THE DISTRICT COURT OF ROGERS COUNTY
STATE OF OKLAHOMA

FILED IN THE DISTRICT COURT
ROGERS COUNTY OKLAHOMA

JUN 17 2019

CATHI EDWARDS, COURT CLERK

_____
DEPUTY

OCWEN LOAN SERVICING LLC, )
)
    Plaintiff, )
)
v. )
) Case No. CJ-2018-399
DEBRA JO TURNER A/K/A DEBRA ) Judge Sheila A. Condren
TURNER; DEWAYNE MATHEWS; )
AND JOHN DOE, OCCUPANT, )
)
    Defendants. )

### ORDER GRANTING IN PART AND DENYING IN PART MOTION TO DISMISS AND TO STRIKE CLASS ALLEGATIONS

On the 1st day of May, 2019, this matter came on for hearing on Ocwen Loan Servicing LLC's ("Ocwen") *Motion to Dismiss and to Strike Class Allegations* (the "Motion"). Ocwen appeared through its attorney of record, Marc D. Cabrera. Debra Jo Turner and Dewayne Mathews appeared through their attorneys of record, Bradford D. Barron, Patrick A. Barthle, and Zachary T. Barron.

After considering the Motion, response, reply, argument of counsel, and applicable law, as well as being fully advised in the premises, the Court is of the opinion that the Motion should be and hereby is **GRANTED IN PART and DENIED IN PART**. It is therefore

**ORDERED, ADJUDGED AND DECREED** that the Motion is **GRANTED** as to the claims for unjust enrichment and negligence asserted in the *First Amended Answer and Counterclaim* ("Counterclaim") of Debra Jo Turner and Dewayne Mathews and those claims are **DISMISSED**;

**ORDERED, ADJUDGED AND DECREED** that the Motion is **DENIED** as to the claims for breach of contract and bad faith asserted in the Counterclaim and those claims **REMAIN**; and

**ORDERED, ADJUDGED AND DECREED** that the Motion is **GRANTED** as to the class allegations asserted in the Counterclaim relating to the non-Oklahoma residents of twelve other states and those allegations are hereby **STRICKEN**.

Signed this the 17 day of ~~May~~ June 2019.

_____
SHEILA A. CONDREN
DISTRICT JUDGE

APPROVED AS TO FORM,

_____
**Bradford D. Barron**, OBA #17571
Zachary T. Barron, OBA #18919
The Barron Law Firm, PLLC
P.O. Box 369
Claremore, OK 74018
(918) 341-8402 Phone
(918) 515-4691 Fax
Bbarron@barronlawfirmok.com
Zbarron@barronlawfirmok.com

**Patrick A. Barthle** (admitted *pro hac vice*)
Morgan & Morgan Complex Litigation Group
201 N Franklin Street, 7th Floor
Tampa, FL 33602
(813) 275-5272 Phone
(813) 222-4708 Fax
pbarthle@forthepeople.com

**ATTORNEYS FOR DEBRA JO TURNER A/K/A DEBRA TURNER AND DEWAYNE MATHEWS**

_____
Lysbeth L. George, OBA #30562
georgelawok@gmail.com
LAW OFFICE OF LIZ GEORGE, PLLC
P.O. Box 1375
1019 N. Council, Suite 3
Blanchard, OK 73010
Telephone: (405) 689-5502
Facsimile: (405) 689-5502

**Marc D. Cabrera**, OBA #33705
mcabrera@lockelord.com
LOCKE LORD LLP
2200 Ross Ave., Suite 2800
Dallas, Texas 75201
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

**P. Russell Perdew** (admitted *pro hac vice*)
rperdew@lockelord.com
LOCKE LORD LLP
111 South Wacker Drive, Suite 4100
Chicago, IL 60606
Telephone: (312) 443-0700
Facsimile: (312) 443-0336

**ATTORNEYS FOR OCWEN LOAN SERVICING LLC**