# EXHIBIT 4

AM 7692772.1

IN THE DISTRICT COURT
ROGERS COUNTY OKLAHOMA

JUN 17 2019

CATHI EDWARDS, COURT CLERK

DEPUTY

IN THE DISTRICT COURT OF ROGERS COUNTY
STATE OF OKLAHOMA

OCWEN LOAN SERVICING LLC, )
                                        )
         Plaintiff, )
                                        )
v.                                     )    Case No. CJ-2018-399
                                        )    Judge Sheila A. Condren
DEBRA JO TURNER A/K/A DEBRA )
TURNER; DEWAYNE MATHEWS; )
AND JOHN DOE, OCCUPANT, )
                                        )
         Defendants. )

## OFFER OF JUDGMENT OF COUNTER-DEFENDANT OCWEN LOAN SERVICING LLC TO COUNTER-PLAINTIFFS DEBRA JO TURNER AND DEWAYNE MATHEWS

To:    Brad Barron
        The Barron Law Firm, PLLC
        P. O. Box 369
        Claremore, OK 74018
        *Counsel for Counter-Plaintiffs*

Pursuant to 12 O.S. §1101.1(B), Counter-Defendant Ocwen Loan Servicing LLC ("Ocwen"), without admitting any wrongdoing, offers to allow a money judgment to be entered against it in this action related to the individual counterclaims asserted against it by Counter-Plaintiffs Debra Jo Turner and Dewayne Mathews ("Counter-Plaintiffs") for the sum of Two-Thousand Five Hundred Dollars ($2,500.00), plus reasonable attorneys' fees and/or costs incurred to date that may be otherwise recoverable by Counter-Plaintiffs, if any, under Oklahoma law. Counter-Plaintiffs have ten (10) days to accept this offer, or it shall be deemed rejected. In the alternative, Counter-Plaintiffs may file a counteroffer within ten (10) days.

PAGE 1

Respectfully submitted,

*/s/ Marc D. Cabrera*
**Marc D. Cabrera**, OBA # 33705
mcabrera@lockelord.com
LOCKE LORD LLP
2200 Ross Ave., Suite 2800
Dallas, Texas 75201
Telephone: (214) 740-8000
Facsimile:  (214) 740-8800

**Lysbeth L. George**, OBA # 30562
georgelawok@gmail.com
LAW OFFICE OF LIZ GEORGE, PLLC
P.O. Box 1375
1019 N. Council, Suite 3
Blanchard, OK 73010
Telephone: (405) 689-5502
Facsimile:  (405) 689-5502

**P. Russell Perdew** (admitted *pro hac vice*)
rperdew@lockelord.com
LOCKE LORD LLP
111 South Wacker Drive, Suite 4100
Chicago, IL 60606
Telephone: (312) 443-0700
Facsimile:  (312) 443-0336

**ATTORNEYS FOR OCWEN LOAN SERVICING LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of June 2019, a true and correct copy of the foregoing document was served on the following via regular and/or certified mail:

Brad Barron
The Barron Law Firm, PLLC
P. O. Box 369
Claremore, OK 74018

*/s/ Marc D. Cabrera*
Marc D. Cabrera