# EXHIBIT 5

AM 7692772.1

**IN THE DISTRICT COURT FOR ROGERS COUNTY**
**STATE OF OKLAHOMA**

FILED IN THE DISTRICT COURT
ROGERS COUNTY OKLAHOMA

JUN 20 2019

CATHI EDWARDS, COURT CLERK

DEPUTY

| | |
|---|---|
| OCWEN LOAN SERVICING, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DEBRA JO TURNER, A/K/A DEBRA | ) |
| TURNER; DEWAYNE MATHEWS; AND | ) |
| JOHN DOE, OCCUPANT, | ) |
| | ) |
| Defendants. | ) |

CJ-2018-399

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Counterplaintiffs Debra Jo Turner and Dewayne Mathews hereby dismiss without

prejudice all claims asserted in their counterclaim against Counterdefendant Ocwen Loan

Servicing, LLC.

Respectfully submitted,

THE BARRON LAW FIRM, PLLC

Bradford D. Barron, OBA #17571
Zachary T. Barron, OBA #18919
P.O. Box 369
Claremore, Ok 74108
(918) 341-8402 Phone
(918) 515-4691 Fax
Bbarron@barronlawfirmok.com
Zbarron@barronlawfirmok.com

and

John A. Yanchunis – Florida Bar #324681
Patrick A. Barthle II – Florida Bar# 0099286
Morgan & Morgan Complex Litigation Grp.
201 N. Franklin Street, Floor 7
Tampa, FL 33602-5157

1

Phone: (813) 275-5272
Fax: (813) 222-2496
Email:  JYanchunis@forthepeople.com
PBarthle@forthepeople.com

## CERTIFICATE OF MAILING

I certify that on ___6/20/19___ a true and correct copy of this document was mailed to

the following:

Kirk J Cejda
Lesli Peterson
Ken Hemry
Lyna Mitchell
Kristan Bolding
770 NE 63rd St.
Oklahoma City, OK 73105-6431

Lysbeth George
1019 N. Council Suite 3
Blanchard, OK 73010

Marc Cabrera,
Locke Lord
2200 Ross Ave., Ste. 2800,
Dallas, TX 75201


_Brad Barron_

Bradford D. Barron