UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DEWAYNE MATHEWS and DEBRA TURNER,** )<br>)<br>) | |
| **Plaintiffs,** )<br>) | No. 4:20-cv-00200-JFH-JFJ |
| v. )<br>) | |
| **PHH MORTGAGE CORPORATION,** )<br>) | |
| **Defendant.** ) | |

## JOINT STIPULATION OF DISMISSAL

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Dewayne Mathews and Debra Turner and Defendant PHH Mortgage Corporation hereby stipulate to dismissal of this case with prejudice and with each party to bear their own costs and fees.

Dated: April 26, 2022

Respectfully submitted,

*/s/* P. Russell Perdew
P. Russell Perdew – *pro hac vice*
**Locke Lord LLP**
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 443-1712
rperdew@lockelord.com

/s/ Bradford Barron
Bradford D. Barron, OBA #17571
**The Barron Law Firm, PLLC**
P.O. Box 369
Claremore, OK  74017
Telephone: (918) 341-8402
bbarron@barronlawfirmok.com

Lysbeth L. George, OK 30562
**Law Office of Liz George, PLLC**
P.O. Box 1375
1019 North Council Road, Suite 3
Blanchard, Oklahoma 73010
Telephone:  405-689-5502
liz@georgelawok.com

John A. Yanchunis – *pro hac vice*
Patrick A. Barthle II – *pro hac vice*
**Morgan & Morgan Complex Litigation Group**
One Tampa City Center
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
jyanchunis@ForThePeople.com
pbarthle@ForThePeople.com

*Attorneys for Defendant PHH Mortgage Corporation*

*Attorneys for Plaintiffs DeWayne Mathews and Debra Turner*

110544779